RECEIVED
IN LAFAYETTE, LA.

DEC 28 2012

TONY R. MOORE, CLERK
BY_____
         DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CIVIL ACTION NO: 08-0269 |
| | ) | |
| VERSUS | ) | JUDGE HAIK |
| | ) | |
| 22.70 ACRES OF LAND, MORE OR LESS, SITUATED IN CAMERON PARISH, STATE OF LOUISIANA, | ) ) ) | MAGISTRATE JUDGE HILL |
| THOMAS BARR, IV, *ET AL.* | ) | TRACT NO. 118 |
| | ) | |

## JUDGMENT

On June 4, 2012, the United States filed a Motion for a Title Hearing to determine the interest held by the landowners at the time of acquisition, February 25, 2008, in advance of a determination or resolution as to the issue of just compensation of a tract of land located in Cameron Parish, Louisiana. This motion was referred to United States Magistrate Judge C. Michael Hill for report and recommendation. On June 13, 2012, the Magistrate Judge ordered all defendants/landowners or parties claiming any interest in and to the subject property to file a Notice of Ownership Claim with the Clerk of Court setting forth the basis of the ownership interest asserted, together with a copy of all documentation and title evidence in support of such Claim. After having held a hearing in open court on November 1, 2012 and reviewed the documentation filed by the defendants/landowners and evidence submitted at the hearing, the Magistrate Judge issued his Report and Recommendation on November 16, 2012.

After an independent review of the record and no objections having been filed by any of the defendants/landowners, this Court concludes that the Magistrate Judge's Report and Recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Erwin heirs, individually, including their heirs and assigns, are recognized as the owners of the disputed 3/7 interest in the subject property consisting of 22.70 acres of land, more or less, situated in Cameron Parish, Louisiana, and designated as Tract No. 118. It is further recognized that the "Jean Barr Erwin (wife of Mason P. Erwin) chain" has a 3/7 interest and the "Liskow and Lewis chain" has a 1/7 interest, which chains are represented in the Title Memo submitted by the United States (doc. #114).

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that any remaining questions of individual ownership based upon uncertainties in the record title to the various heirs are hereby reserved and will be considered following resolution of just compensation.

THUS DONE AND SIGNED in Lafayette, Louisiana, this 27th day of November, 2012.

HONORABLE RICHARD T. HAIK
UNITED STATES DISTRICT JUDGE